# Exhibit "1"

*Product Images*

Class Action Complaint

**Spindrift® Sparkling Water (Blood Orange Tangerine, Can): Product Image – Front Label**
(*see* https://drinkspindrift.com/drinks/blood-orange-tangerine/ (captured October 6, 2022))



Exhibit 1-1A: (1) Spindrift® Sparkling Water (Blood Orange Tangerine) Labels

**Spindrift® Sparkling Water (Blood Orange Tangerine, Can): Product Image – Back Label**

# PLACEHOLDER

Exhibit 1-1A: (1) Spindrift® Sparkling Water (Blood Orange Tangerine) Labels

**Spindrift® Sparkling Water (Blood Orange Tangerine, 4 Count): Product Image – Labels**

# PLACEHOLDER

Exhibit 1-1B: (1) Spindrift® Sparkling Water (Blood Orange Tangerine) Labels

**Spindrift® Sparkling Water (Blood Orange Tangerine, 8 Count): Product Image – Front Label** (*see* https://www.yoderscountrymarket.com/shop/spindrift_unsweetened_blood_orange_tangerine_sparkling_water_and_real_squeezed_fruit_8_12_fl_oz_cans/p/1564405684712914682 (captured October 7, 2022))



**Spindrift® Sparkling Water (Blood Orange Tangerine, 8 Count): Product Image – Top Label** (*see* https://www.qfc.com/p/spindrift-blood-orange-tangerine-sparkling-water/0085001714220 (captured October 7, 2022))



Exhibit 1-1C: (1) Spindrift® Sparkling Water (Blood Orange Tangerine) Labels

**Spindrift® Sparkling Water (Blood Orange Tangerine, 8 Count): Product Image – Side Label 1** (*see* https://www.yoderscountrymarket.com/shop/spindrift_unsweetened_blood_orange_tangerine_sparkling_water_and_real_squeezed_fruit_8_12_fl_oz_cans/p/1564405684712914682 (captured October 7, 2022))



**Spindrift® Sparkling Water (Blood Orange Tangerine, 8 Count): Product Image – Side Label 2** (*see* https://www.yoderscountrymarket.com/shop/spindrift_unsweetened_blood_orange_tangerine_sparkling_water_and_real_squeezed_fruit_8_12_fl_oz_cans/p/1564405684712914682 (captured October 6, 2022))



Exhibit 1-1C: (1) Spindrift® Sparkling Water (Blood Orange Tangerine) Labels

**Spindrift® Sparkling Water (Blood Orange Tangerine, 8 Count): Product Image – Back Label** (s*ee*
https://www.yoderscountrymarket.com/shop/spindrift_unsweetened_blood_orange_tangerine_sparkling_water_and_real_squeezed_fruit_8_12_fl_oz_cans/p/1564405684712914682 (captured October 6, 2022))



Exhibit 1-1C: (1) Spindrift® Sparkling Water (Blood Orange Tangerine) Labels

**Spindrift® Sparkling Water (Cucumber, Can): Product Image – Front Label** (*see* https://drinkspindrift.com/drinks/cucumber-sparkling-water/ (captured October 6, 2022))



Exhibit 1-2A: (1) Spindrift® Sparkling Water (Cucumber) Labels

**Spindrift® Sparkling Water (Cucumber, Can): Product Image – Back Label** (*see* https://www.bevnet.com/brands/spindrift/media/54a454b467f54fe6b276b62f9cf51c24 (captured October 5, 2022))



Exhibit 1-2A: (1) Spindrift® Sparkling Water (Cucumber) Labels

**Spindrift® Sparkling Water (Cucumber, 4 Count): Product Image – Front Label** (*see* https://www.walmart.com/ip/Spindrift-Sparkling-Water-Cucumber-12-0-FL-OZ/263554448 (captured October 7, 2022))



Exhibit 1-2B: (1) Spindrift® Sparkling Water (Cucumber) Labels

**Spindrift® Sparkling Water (Cucumber, 4 Count): Product Image – Side Label** (*see* https://www.walmart.com/ip/Spindrift-Sparkling-Water-Cucumber-12-0-FL-OZ/263554448 (captured October 7, 2022))



Exhibit 1-2B: (1) Spindrift® Sparkling Water (Cucumber) Labels

**Spindrift® Sparkling Water (Cucumber, 4 Count): Product Image – Back Label** (*see* https://www.walmart.com/ip/Spindrift-Sparkling-Water-Cucumber-12-0-FL-OZ/263554448 (captured October 7, 2022))



Exhibit 1-2B: (1) Spindrift® Sparkling Water (Cucumber) Labels







Exhibit 1-2C: (1) Spindrift® Sparkling Water (Cucumber) Labels

**Spindrift® Sparkling Water (Cucumber, 8 Count): Product Image – Side Label 1** (*see* https://www.instacart.com/products/17422481-spindrift-sparkling-water-cucumber-8-pack-12-fl-oz) (captured October 7, 2022))



**Spindrift® Sparkling Water (Cucumber, 8 Count): Product Image – Side Label 2** (*see* https://www.instacart.com/products/17422481-spindrift-sparkling-water-cucumber-8-pack-12-fl-oz) (captured October 7, 2022))



Exhibit 1-2C: (1) Spindrift® Sparkling Water (Cucumber) Labels

**Spindrift® Sparkling Water (Mango Orange, Can): Product Image – Front Label** (*see* https://drinkspindrift.com/drinks/mango-orange-sparkling-water/ (captured October 7, 2022))



Exhibit 1-3A: (1) Spindrift® Sparkling Water (Mango Orange) Labels

**Spindrift® Sparkling Water (Mango Orange, Can): Product Image – Back Label** (*see* https://www.bevnet.com/brands/spindrift/orange-mango (captured October 7, 2022))



Exhibit 1-3A: (1) Spindrift® Sparkling Water (Mango Orange) Labels

**Spindrift® Sparkling Water (Mango Orange, 4 Count): Product Image – Front Label**

# PLACEHOLDER

Exhibit 1-3B: (1) Spindrift® Sparkling Water (Mango Orange) Labels

**Spindrift® Sparkling Water (Mango Orange, 4 Count): Product Image – Side Label** (*see* https://www.amazon.com/Spindrift-Sparkling-Flavored-Squeezed-calories/dp/B077W3Y94T (captured December 1, 2022))



**Spindrift® Sparkling Water (Mango Orange, 4 Count): Product Image – Back Label** (*see* https://www.amazon.com/Spindrift-Sparkling-Flavored-Squeezed-calories/dp/B077W3Y94T (captured December 1, 2022))



Exhibit 1-3B: (1) Spindrift® Sparkling Water (Mango Orange) Labels

**Spindrift® Sparkling Water (Mango Orange, 8 Count): Product Image – Front Label** (*see* https://www.theurbantreehouse.com/products/spindrift-orange-mango-sparkling-water-8-pack-96-fo  (captured October 7, 2022))



**Spindrift® Sparkling Water (Mango Orange, 8 Count): Product Image – Back Label** (*see* https://www.theurbantreehouse.com/products/spindrift-orange-mango-sparkling-water-8-pack-96-fo (captured October 7, 2022))



Exhibit 1-3C: (1) Spindrift® Sparkling Water (Mango Orange) Labels

**Spindrift® Sparkling Water (Mango Orange, 8 Count): Product Image – Side Label 1** (*see* https://www.shoprite.com/sm/pickup/rsid/3000/product/spindrift-unsweetened-orange-mango-sparkling-water-00856579002361 (captured October 7, 2022))



**Spindrift® Sparkling Water (Mango Orange, 8 Count): Product Image – Side Label 2** (*see* https://www.kroger.com/p/spindrift-orange-mango-sparkling-water/0085657900236) (captured October 7, 2022))



Exhibit 1-3C: (1) Spindrift® Sparkling Water (Mango Orange) Labels

**Spindrift® Sparkling Water (Pineapple, Can): Product Image – Front Label** (*see* https://drinkspindrift.com/drinks/pineapple-sparkling-water/ (captured December 1, 2022))



Exhibit 1-4A: (1) Spindrift® Sparkling Water (Pineapple) Labels

**Spindrift® Sparkling Water (Pineapple, Can): Product Image – Back Label** (*see* https://www.bevnet.com/brands/spindrift/media/38aa25ff86284a99bb20e37862a6b45f (captured December 2, 2022))



Exhibit 1-4A: (1) Spindrift Sparkling Water (Pineapple) Label

**Spindrift® Sparkling Water (Pineapple, 4 Count): Product Image – Labels**

# PLACEHOLDER

Exhibit 1-4B: (1) Spindrift® Sparkling Water (Pineapple) Labels

**Spindrift® Sparkling Water (Pineapple, 8 Count): Product Image – Front Label** (*see* https://www.amazon.com/SPINDRIFT-Pineapple-Sparkling-Water-12/dp/B08N9DR6RF (captured October 6, 2022))



**Spindrift® Sparkling Water (Pineapple, 8 Count): Product Image – Back Label** (*see* https://www.amazon.com/SPINDRIFT-Pineapple-Sparkling-Water-12/dp/B08N9DR6RF (captured October 6, 2022))



Exhibit 1-4C: (1) Spindrift® Sparkling Water (Pineapple) Labels

**Spindrift® Sparkling Water (Pineapple, 8 Count): Product Image – Side Label 1** (*see* https://www.amazon.com/SPINDRIFT-Pineapple-Sparkling-Water-12/dp/B08N9DR6RF (captured October 6, 2022))



**Spindrift® Sparkling Water (Pineapple, 8 Count): Product Image – Side Label 1** (*see* https://www.amazon.com/SPINDRIFT-Pineapple-Sparkling-Water-12/dp/B08N9DR6RF) (captured October 6, 2022))



Exhibit 1-4C: (1) Spindrift® Sparkling Water (Pineapple) Labels

**Spindrift Sparkling Water (Pineapple, 8 Count): Product Image – Bottom Label** (*see* https://www.amazon.com/SPINDRIFT-Pineapple-Sparkling-Water-12/dp/B08N9DR6RF (captured October 6, 2022))



Exhibit 1-4C: (1) Spindrift® Sparkling Water (Pineapple) Labels

**Spindrift® Spiked Sparkling Water (Blood Orange, Can): Product Image – Front Label** (*see* https://www.spindriftspiked.com/products/blood-orange (captured December 1, 2022))



Exhibit 1-5A: (2) Spindrift® Spiked Sparkling Water (Blood Orange) Labels

**Spindrift® Spiked Sparkling Water (Blood Orange, Can): Product Image – Back Label**

# PLACEHOLDER

Exhibit 1-5A: (2) Spindrift® Spiked Sparkling Water (Blood Orange) Labels

**Spindrift® Spiked Sparkling Water (Blood Orange, 8 count): Product Image – Labels**

# PLACEHOLDER

Exhibit 1-5B: (2) Spindrift® Spiked Sparkling Water (Blood Orange) Labels

**Spindrift® Spiked Sparkling Water (Grapefruit, Can): Product Image – Front Label** (*see* https://www.spindriftspiked.com/products/grapefruit (captured December 1, 2022))



Exhibit 1-6A: (2) Spindrift® Spiked Sparkling Water (Grapefruit) Labels

**Spindrift® Spiked Sparkling Water (Grapefruit, Can): Product Image – Back Label**

# PLACEHOLDER

Exhibit 1-6A: (2) Spindrift® Spiked Sparkling Water (Grapefruit) Labels

**Spindrift® Spiked Sparkling Water (Grapefruit, 8 count): Product Image – Labels**

# PLACEHOLDER

Exhibit 1-6B: (2) Spindrift® Spiked Sparkling Water (Grapefruit) Labels

**Spindrift® Spiked Sparkling Water (Lemon, Can): Product Image – Front Label** (*see* https://www.spindriftspiked.com/products/lemon (captured December 1, 2022))



Exhibit 1-7A: (2) Spindrift® Spiked Sparkling Water (Lemon) Label

**Spindrift® Spiked Sparkling Water (Lemon, Can): Product Image – Back Label**

# PLACEHOLDER

Exhibit 1-7A: (2) Spindrift® Spiked Sparkling Water (Lemon) Labels

**Spindrift® Spiked Sparkling Water (Lemon, 8 count): Product Image – Labels**

# PLACEHOLDER

Exhibit 1-7B: (2) Spindrift® Spiked Sparkling Water (Lemon) Labels

**Spindrift® Spiked Sparkling Water (Mango, Can): Product Image – Front Label** (*see* https://www.spindriftspiked.com/products/mango (captured December 1, 2022))



Exhibit 1-8A: (2) Spindrift® Spiked Sparkling Water (Mango) Label

**Spindrift® Spiked Sparkling Water (Mango, Can): Product Image – Back Label**

# PLACEHOLDER

Exhibit 1-8A: (2) Spindrift® Spiked Sparkling Water (Mango) Labels

**Spindrift® Spiked Sparkling Water (Mango, 8 count): Product Image – Labels**

# PLACEHOLDER

Exhibit 1-8B: (2) Spindrift® Spiked Sparkling Water (Mango) Labels

**Spindrift® Spiked Sparkling Water (Passion Orange Guava, Can): Product Image – Front Label** (*see* https://www.spindriftspiked.com/products/passion-orange-guava (captured December 1, 2022)



Exhibit 1-9A: (2) Spindrift® Spiked Sparkling Water (Passion Orange Guava) Labels

**Spindrift® Spiked Sparkling Water (Passion Orange Guava, Can): Product Image – Back Label**

# PLACEHOLDER

Exhibit 1-9A: (2) Spindrift® Spiked Sparkling Water (Passion Orange Guava) Labels

**Spindrift® Spiked Sparkling Water (Passion Orange Guava, 8 count): Product Image – Labels**

# PLACEHOLDER

Exhibit 1-9B: (2) Spindrift® Spiked Sparkling Water (Passion Orange Guava) Labels

**Spindrift® Spiked Sparkling Water (Pineapple): Product Image – Front Label** (*see* https://www.spindriftspiked.com/products/pineapple (captured December 1, 2022)



Exhibit 1-10A: (2) Spindrift® Spiked Sparkling Water (Pineapple) Labels

**Spindrift® Spiked Sparkling Water (Pineapple, Can): Product Image – Back Label**

# PLACEHOLDER

Exhibit 1-10A: (2) Spindrift® Spiked Sparkling Water (Pineapple) Labels

**Spindrift® Spiked Sparkling Water (Pineapple, 8 count): Product Image – Labels**

# PLACEHOLDER

Exhibit 1-10B: (2) Spindrift® Spiked Sparkling Water (Pineapple) Labels

**Spindrift® Spiked Sparkling Water (Multi-Pack – Paradise, 12 Count): Product Image –
Front Label** (*see*
https://www.google.com/search?q=spindrift+spiked+sparkling+water+&tbm=isch&ved=2ahUK
Ewioqt7Tl9r7AhVRcDABHTxbCMoQ2-
cCegQIABAA&oq=spindrift+spiked+sparkling+water+&gs_lcp=CgNpbWcQAzIECCMQJzIEC
CMQJzIECAAQHjIHCAAQgAQQGFDS1QdYs9oHYP7bB2gAcAB4AIABvwGIABYEkgED
MC40mAEAoAEBqgELZ3dzLXdpei1pbWfAAQE&sclient=img&ei=0YqJY-
j9L9HgwbkPvLah0Aw&bih=961&biw=1873#imgrc=ZMEUYqF7QC6Q9M (captured
December 1, 2022))



Exhibit 1-11A: (2) Spindrift® Spiked Sparkling Water (Paradise Pack) Labels

**Spindrift® Spiked Sparkling Water (Multi-Pack – Paradise, 12 Count): Product Image – Side Label** (*see*
https://www.google.com/search?q=spindrift+spiked+sparkling+water+&tbm=isch&ved=2ahUK
Ewioqt7Tl9r7AhVRcDABHTxbCMoQ2-
cCegQIABAA&oq=spindrift+spiked+sparkling+water+&gs_lcp=CgNpbWcQAzIECCMQJzIEC
CMQJzIECAAQHjIHCAAQgAQQGFDS1QdYs9oHYP7bB2gAcAB4AIABvwGIABYEkgED
MC40mAEAoAEBqgELZ3dzLXdpei1pbWfAAQE&sclient=img&ei=0YqJY-
j9L9HgwbkPvLah0Aw&bih=961&biw=1873#imgrc=ZMEUYqF7QC6Q9M (captured
December 1, 2022))



Exhibit 1-11A: (2) Spindrift® Spiked Sparkling Water (Paradise Pack) Labels

**Spindrift® Spiked Sparkling Water (Multi-Pack – Paradise, 12 Count): Product Image – Side Label** (*see* https://www.ralphs.com/p/spindrift-spiked-sparkling-water-variety-pack/0085002545711 (captured December 1, 2022))



Exhibit 1-11A: (2) Spindrift® Spiked Sparkling Water (Paradise Pack) Labels

**Spindrift® Spiked Sparkling Water (Multi-Pack - Stacation): Product Image – (***see*
https://www.google.com/search?q=spindrift+spiked+sparkling+water&tbm=isch&ved=2ahUKE
wiRirXyn9r7AhUJrmoFHUHfCxoQ2-
cCegQIABAA&oq=spindrift+spiked+sparkling+water&gs_lcp=CgNpbWcQAzIECCMQJzIEC
CMQJzIHCAAQgAQQGDoECAAQHlD8DlixFGCzFmgAcAB4AIABWogBpwOSAQE1mAE
AoAEBqgELZ3dzLXdpei1pbWfAAQE&sclient=img&ei=dZOJY9H7JIncqtsPwb6v0AE&bih=9
61&biw=1873#imgrc=n7zzlqNqbsCggM (captured December 1, 2022))



Exhibit 1-12A: (2) Spindrift® Spiked Sparkling Water (Stacation Pack) Labels