# Exhibit "2"

*December Sparkling Water Website Screenshots*

Class Action Complaint



*"Not to be dramatic but spindrift is, no contest, the best seltzer. And this is coming from someone who used to despise all sparkling water"*

— @milkyopals





## Take your pick of real squeezed fruit.

All our flavors are ripe for the picking

        

*lemon*

carbonated water, lemon juice

View All

## What makes us different.

Take a peek inside Spindrift

  

*A bold taste.*     *The best ingredients.*     *Made by real people.*

water to taste like. Light,
sparkling water to taste like. Light,
bright, slightly sweet, and a little pulpy.
Endlessly drinkable.

best ingredients. We source the best-
tasting fruit and let it shine. Real,
squeezed, and never-from-concentrate.

obsessed with the entire creation
process, from tasting the fruit to
sampling each can to sharing it with you.

**What's Inside**

## Find Spindrift near you!   **Where to Buy**

## Top it with Spindrift.

Great on its own or as a mixer. Here are fun cocktail & mocktail
recipes to try.

  

**All Recipes**

★★★★★

## *"This lemon Spindrift isn't horrible."*

— Briana D.

   

## Get really real with us @drinkspindrift

  

*Are you a Drifter?*
**Join us for insider perks, & more.**

FAQs

Where To Buy

Privacy Policy

Terms & Conditions

Careers

Press

Just add your email  →

My Account          Return Policy          Contact Us

©2022 Spindrift Beverage Co. All Rights Reserved.

**Website: Homepage**
**URL: https://drinkspindrift.com/**
**Date Captured: 12/16/2022**



Shop your favorite flavors – just in time for the holidays!

## Taste is everything.

Our philosophy is simple: taste is everything. To us, nothing tastes better than real fruit. So we go all-out to source the best-tasting real fruit, keep it delicious, and let it shine in everything we make.


Fresh from Farms


Non-GMO Certified


REAL FRUIT TASTES BETTER


No Sugar Added


Gluten Free



Website: What's Inside
URL: https://drinkspindrift.com/pages/whats-inside
Date Captured: 12/16/2022



## The difference is...not clear.

When most people think of flavored sparkling water, they probably envision a bottle of hyper-carbonated, clear liquid with a sugary-sweet smell and nothing listed on the ingredients label. No calories, no sugars, no... actual ingredients. Just the words "natural flavors" or "essences" - made by flavor companies who won't reveal what they use to get the tastes they want. Complicated. So we decided to skip all that. We want our product to taste like fruit (not just the essence of fruit), so we use real actual fruit in every can.



## Yup, that's it.

And, in a world of 0's (the no calories, no sweeteners, no this or that) Spindrift is all about what we do put into our sparkling water – not what we remove. When you pour Spindrift, you'll see it is colorful because real fruit has color. And, on our labels, you'll see each Spindrift has a few calories because, hey, real fruit has a few calories. It's okay. It's real. By returning to what's real, we can confidently stand by every one of our ingredient labels and by the delicious product inside each can. We think real fruit tastes better". We hope you like it, too.



"Since we work with real squeezed fruit in

URL: https://drinkspindrift.com/pages/whats-inside
Date Captured: 12/16/2022



all of our products, the most important
thing is to build close relationships with
farms and farmers."

Bill, founder of Spindrift

## Real fruit is grown, not made.

When real fruit is your thing; you only want the best. To us, that means the whole process is transparent and traceable and the fruit has to be grown using sustainable practices. It tastes better and it's better for the planet. We also work hard to build great relationships with all the farms we work with. No one understands the growing and harvesting process like farmers. And we couldn't make Spindrift without them.





## Giving back to nature.

Since the very beginning of Spindrift, we've given back to environmental non-profit organizations through our membership to 1% For The Planet, a network of businesses concerned with the social and environmental impacts of industry. We also give back to other non-profit organizations that align with our mission of being good.

Website: What's Inside
URL: https://drinkspindrift.com/pages/whats-inside
Date Captured: 12/16/2022

Find Spindrift Sparkling near you! **Search Now**

★★★★★

*"This lemon Spindrift isn't horrible."*

— Briana D.

   

Get really real with us **@drinkspindrift**

  

### Are you a Drifter?
**Join us for insider perks, & more.**

Just add your email  →

FAQs

Where To Buy

My Account

Privacy Policy

Terms & Conditions

Return Policy

Careers

Press

Contact Us

©2022 Spindrift Beverage Co. All Rights Reserved.

Website: What's Inside
URL: https://drinkspindrift.com/pages/whats-inside
Date Captured: 12/16/2022



Shop your favorite flavors - just in time for the holidays!

Shop   About

spindrift

Where to Buy   Cart   0

# Light, bright, and slightly pulpy.

Spindrift is America's first sparkling water made with just real squeezed fruit. Yup, that's it.

# Hi, we're Spindrift.

At Spindrift Beverage Co., we celebrate the amazing taste of real, simple ingredients every day. Because we think real food deserves a real drink.



REAL FRUIT

TASTES BETTER®

Website: Our Story
URL: https://drinkspindrift.com/pages/about-us
Date Captured: 12/16/2022





# It all started in Boston.

It all started in 2010, in our founder Bill's kitchen. Bill wanted to create a beverage he could feel good about serving to his whole family. First, he made real fruit sodas and then, after lots of trial and error, the very first sparkling water in America made with real squeezed fruit.

Spindrift debuted in artisan Boston-area shops and eateries where it caught the eye of local foodies and craft beverage fans. Then, it grew from a cult-like following to a wide, diverse fan base. Today it's available throughout the US in national retailers, grocery stores, and restaurants alike. The recipe, however, has remained the same: sparkling water + real squeezed fruit.

Headquartered just outside of Boston, the Spindrift team is obsessively involved with the entire process in the creation of our sparkling waters. From visiting the family farms where we source the best-tasting fruit, to being on-site for every single production run, to tasting each and every batch. We love the challenge that comes from working with real ingredients and making a product that stands out in a crowd.

Website: Our Story
URL: https://drinkspindrift.com/pages/about-us
Date Captured: 12/16/2022

# Inspired by Spindrift drinkers like you.

At Spindrift, our favorite thing - besides real fruit - is engaging with those who drink Spindrift: our community of Drifters. They're real, authentic, and 100% unabashedly themselves. They celebrate quality and craft. Like us, they always aspire to be just *a little* better. They try to make life better and more fun for others. They savor the good things in life.

They have the same qualities we seek out in teammates and friends. (In fact, we call our community "Drifters" because that's the name we've long called our colleagues at Spindrift. It just felt right to extend the term of endearment to others who shared the same vibe.)

Since the beginning, they have supported us by buying our product, asking stores to carry us, telling their friends about Spindrift, and so much more. We wouldn't be where we are today without them so, in turn, we've made the community our northstar. Our Drifters guide what we do at Spindrift and how we participate in the world around us.

Are YOU a Drifter? You totally are. Make it official by signing up (Drifters get everything first.)



# Real ingredients are second nature.

Bill Creelman grew up immersed in a world of fresh, real ingredients. On a farm in Western Massachusetts, everything was unprocessed, seasonal, and fresh. In the summer, his family would head to Nantucket Island, where they'd forage for beach plums and catch the fish they'd eat for dinner. To Bill, real, whole ingredients were just second nature.

Fast-forward to 2010, when farm-to-table started trending and ingredient-conscious eating turned



Website: Our Story
URL: https://drinkspindrift.com/pages/about-us
Date Captured: 12/16/2022



mainstream, Bill was introducing his own family to real, whole foods. But, like most people, he found himself reaching for diet sodas in an attempt to "be healthier". The irony of pairing an artificially sweetened soda with carefully crafted, real farm-to-table meals was not lost on him.

But as he taught his young children the value of real homegrown ingredients, he couldn't find a drink that fit. So Bill decided to make his own. Cue lots of experimentation, trial-and-error, and a whole lot of juicing in Bill's kitchen; Spindrift Beverage Co. was born. The first sparkling water made with traceable ingredients and real fruit from real farms.

Today, Bill isn't doing quite as much juicing – but he still works on the creation of every Spindrift flavor, tasting each fruit concoction our Innovation Team mixes up.



## What's in a name?

Inspired by his formative years on the ocean off the shores of Nantucket Island, Bill named his drinks "Spindrift," the refreshing spray that blows off of a breaking wave. For him, the ocean is the perfect symbol of real refreshment.

# Find Spindrift Sparkling near you!

**Search Now**

Website: Our Story
URL: https://drinkspindrift.com/pages/about-us
Date Captured: 12/16/2022

★ ★ ★ ★ ★

*"This lemon Spindrift isn't horrible."*

— Briana D.

   

Get really real with us **@drinkspindrift**

  

*Are you a Drifter?*
**Join us for insider perks, & more.**

Just add your email →

| | | |
|---|---|---|
| FAQs | Privacy Policy | Careers |
| Where To Buy | Terms & Conditions | Press |
| My Account | Return Policy | Contact Us |

©2022 Spindrift Beverage Co. All Rights Reserved.

Website: Our Story
URL: https://drinkspindrift.com/pages/about-us
Date Captured: 12/16/2022

Shop your favorite flavors - just in time for the holidays!



Shop   About                                                            Where to Buy   Cart  0

# FAQs

( Product )   ( Orders )   ( Shipping )

## *Product*

**WHAT IS SPINDRIFT**

Spindrift is the first and only sparkling water made with real fruit. We think it's delicious. The word also means the spray that comes off of an ocean wave or snowy mountain when wind blows.

**WHERE CAN I BUY SPINDRIFT BEVERAGES?**

To find Spindrift at a store near you, check out our Store Locator page. If you're looking for a specific flavor, you should call the store directly to see if they have it in stock. You can find Spindrift in Costco, Trader Joe's, Whole Foods Market, Target, Kroger & other, local grocery stores, restaurants, and small retailers. You can also purchase Spindrift online and on Amazon.

**HEY, WHAT HAPPENED TO YOUR SODAS AND SWEETENED BEVERAGES?**

Back in 2010, Spindrift started by combining real fruit, bubbles, and a touch of cane sugar into long-necked glass bottles and, thus, our sodas were born. By adding cane sugar, we were able to create a tasty beverage that served as the perfect gateway for most sparkling beverage novices. But, as we continued innovating and got more into the craft beverage space, we wanted to take all the things we loved about our beverages (the real fruit and bubbles) and remove the things we didn't love (added sugar). Now, after lots of mixing, tasting, adjusting, and simplifying—we think we've finally got it. A product that tastes exactly like it should: delicious. From now on, the only thing sweet in our products will be the fruit itself. Because, honestly, fruit is sweet enough. Though our sodas will hold a place in our hearts and history – we're really excited about our sparkling waters. Now we can say—across the board—Spindrift = real fruit + sparkling water. Yup, that's it.

**ARE YOUR PRODUCTS SOLD INTERNATIONALLY?**

Our products are currently only available in the United States. But we hope to be available internationally some day soon!

**DO YOUR PRODUCTS CONTAIN CAFFEINE?**

All Spindrift sparkling waters are caffeine-free except for our Half Tea & Half Lemon flavor. Half & Half has a very small amount—a whole 12oz can contains less caffeine than 2oz of coffee.

**DO I NEED TO REFRIGERATE SPINDRIFT PRODUCTS?**

We do recommend refrigerating Spindrift for the best experience. That said, you can store our sparkling waters at ambient temperatures (below 80°F)—but we recommend that you consume them after they have been chilled.

**ARE YOUR PRODUCTS SUGAR-FREE?**

Our unsweetened sparkling water lineup has no sugar added. The only sugar you'll see on the label comes from real fruit we use.

**DO YOUR PRODUCTS CONTAIN GMOS?**

All of the ingredients in our sparkling water are non-GMO certified. Many of our cans now have the official non-GMO certification but you may still see cans in the market without the non-GMO badge. This is just because we're actively transitioning to including the new badge. All contents are still non-GMO.

**ARE YOUR PRODUCTS KOSHER OR GLUTEN FREE?**

Yes to both! Please note our Kosher designation is OU.

**WHAT ARE NATURAL FLAVORS? AND WHY DON'T YOU USE THEM IN SPINDRIFT?**

We want to be as honest and simple as possible with our ingredients and the taste of fresh, real fruit is unparalleled. In the beginning, like many companies, we used natural flavors in some products in order to guarantee taste from one batch to the next. Our natural flavors came from real fruit and berries such as carrot and blackcurrant. But we wanted to be even simpler and more transparent with our products, so we decided to reformulate all our products to remove natural flavors and use even more fruit. Today every Spindrift is made of only real fruit + sparkling water (that's it!). You can learn more about our shift away from natural flavors here.

Webpage: FAQs
URL: https://drinkspindrift.com/pages/faqs
Date: 12/19/2022

### WHY ARE YOUR CARBONATION LEVELS LOWER THAN MOST SPARKLING WATERS ON THE MARKET?

We like keep the carbonation level balanced so we don't overshadow the taste of the real squeezed fruit that goes into all of our products.

### ARE YOUR PRODUCTS PASTEURIZED?

All Spindrift beverages are fully pasteurized to comply with food/beverage safety regulations.

### WHAT DOES THE DATE ON THE PACKAGE CORRESPOND TO?

All Spindrift beverages are individually stamped with a best by date. To find the best-by date, check the bottom of the can or look on the outside packaging of any four, eight, and variety pack. We recommend enjoying your Spindrift before that date for the best experience.

### IS YOUR FRUIT ORGANIC?

In short, no. At Spindrift, all of our fruit is non-GMO and sourced from family farms in the US; although the fruit is not technically certified organic. After much research, we found that the projected environmental costs of switching to wholly organic produce would outweigh any potential benefits we'd receive by "going organic." We're committed to working with domestic, family farms in the US and, to go organic, we'd have to source fruit from outside the US.

We are closely involved with the entire process of the creation of our product. From visiting family farms to tasting each and every batch we make. We're proud to work with our US-based partners and are always working to reduce our environmental impact at every level in our production process.

## Orders

| WHAT FORMS OF PAYMENT DO YOU ACCEPT? | + |
|---|---|
| WHEN WILL MY CREDIT CARD BE CHARGED? | + |
| HOW DO I CANCEL OR EDIT MY ONE-TIME ORDER? | + |
| WHAT DO I DO IF I HAVE ISSUES WITH MY ORDER? | + |
| WHAT IS YOUR RETURN POLICY? | + |

## Shipping

| HOW DO YOU SHIP AND WHAT IS THE COST? | + |
|---|---|
| HOW LONG WILL IT TAKE MY ORDER TO SHIP? | + |
| DO YOU SHIP INTERNATIONALLY? | + |
| CAN YOU SHIP TO A PO BOX OR AN APO/FPO ADDRESS? | + |
| WILL I RECEIVE TRACKING INFORMATION FOR MY ORDER? | + |

★★★★★

*"This lemon Spindrift isn't horrible."*

— Briana D.






Webpage FAQs
URL: https://drinkspindrift.com/pages/faqs
Date: 12/19/2022



Get really real with us @drinkspindrift



*Are you a Drifter?*
**Join us for insider perks, & more.**

Just add your email →

| | | |
|---|---|---|
| FAQs | Privacy Policy | Careers |
| Where To Buy | Terms & Conditions | Press |
| My Account | Return Policy | Contact Us |

©2022 Spindrift Beverage Co. All Rights Reserved.

Webpage: FAQs
URL: https://drinkspindrift.com/pages/faqs
Date: 12/19/2022

Shop your favorite flavors - just in time for the holidays!

Shop   About



Where to Buy    Cart 

# *In the News*



For media inquiries email media@drinkspindrift.com

## Best of Wellness

"It's perfectly bubbly, subtly sweet and tangy, and just orangey enough to satisfy my orange soda craving."



Read More →

### Inc. 500

Inc. magazine ranked Spindrift No. 385 on its 36th annual Inc. 5000 list.

### TODAY

"...you won't find any artificial ingredients or added sugars in these pretty cans."

### The Boston Globe

"If you've sworn off sweet sodas yet still enjoy a bubbly beverage with a hint of fruit, Spindrift's Sparkling Water & Real Squeezed Fruit is the perfect choice."

### Prevention

Prevention's Cleanest Packaged Food Awards 2017

### weightwatchers

"Spindrift adds squeezed fruit to its sparkling water. This hint of juice is magic—making it taste as if you're indulging in a soda..."

### RUNNER'S WORLD

"Fresh produce and yes, even some cane sugar drinks, will quench your thirst after hot, summer miles."

### POPSUGAR.

"The only drink you'll want to sip on repeat all Summer long."

### bon appétit FOOD + CULTURE

"In a world of cloyingly sweet fruit sodas, a bit of fresh lemon juice in this version makes it super palatable."

### People

"The great thing about this fizzy H2O? It's flavored with just a touch of real juice like grapefruit, cucumber, lemon, blackberry, watermelon or raspberry lime."

Webpage: In the Press
URL: https://drinkspindrift.com/pages/press
Date: 12/19/2022

FAST COMPANY    FOOD & WINE    THE SHELBY

FST CMPANY          FOOD&WINE          REFINERY29

"How Spindrift Makes Natural Sodas Without High Fructose Corn Syrup (It's Harder Than You Think)"

"Spindrift uses fresh fruit juice, with the pulp to prove it."

"Spindrift Spiked Wins Best Hard Seltzer At Beverage Digest Awards 2021"

BEVNET          Beverage          SELF

"Blood Orange has a multi-dimensional and almost berry-like depth which is then perfectly highlighted by the bright sweetness from real squeezed Tangerines."

"Spindrift is doubling its commitment to real squeezed fruit by featuring not one, but two orange varietals."

"It's perfectly bubbly, subtly sweet and tangy, and just orangey enough to satisfy my orange soda craving."

Beverage          EatThis,NotThat!          Elite DAILY

"In addition to sparkling fan favorites Spindrift is debuting a new, Spiked-exclusive flavor: Passion Orange Guava."

"This Beloved Sparkling Water Brand Just Released Four Game-Changing New Drinks"

"Named the Paradise Pack, Spindrift Spiked's new summer flavors are perfect for the warm weather."

★★★★★

## "This lemon Spindrift isn't horrible."

— Briana D.






Get really real with us @drinkspindrift

  

*Are you a Drifter?*
**Join us for insider perks, & more.**

Just add your email →

FAQs

Where To Buy

My Account

Privacy Policy

Terms & Conditions

Return Policy

Careers

Press

Contact Us

Webpage: In the Press
URL: https://drinkspindrift.com/pages/press
Date: 12/19/2022

©2022 Spindrift Beverage Co. All Rights Reserved.




Shop your favorite flavors - just in time for the holidays!

Shop   About

# spindrift

Where to Buy   Cart  0

SPINDRIFT BLOG

## *The Drift*

  

All   Community   News   Products   Stories

### Announcing our new 2023 Spindrift flavors!

It's a big day at Spindrift HQ, as we announce not one - but four - new flavors for the coming year! 2023 will be a year of most-requested flavors finally coming to fruition: Nojito and Peach Strawberry and an iced tea line expansion fit for long-time fans of Half & Half.

Read More →





### Our ingredients are simple, but making our product is anything but.

We believe in being transparent about what goes into our product – and, just as importantly – being transparent with our Drifter community. So we'd like to share a bit more about our Spindrift philosophy and update you on some changes we're making to our sparkling water lineup.

Read More →



### A Taste of Homecoming

This year, we wanted to welcome you home with our first-ever limited edition fall flavor: Spiced Apple Cider.

Read More →



Blog Post: Raspberry is Back for a Limited Time



### Hello, Spiced Apple Cider

Webpage: The Drift Spindrift Blog Page
URL: https://drinkspindrift.com/blogs/the-drift
Date: 12/19/2022

Cozy season is officially here, and we're hoping that your cherished autumn moments are as sparkling as your water. Our go-to flavor for homecoming and the holidays is Cranberry Raspberry.

Read More →

Our innovation team has been working overtime and we're so excited to announce our first seasonal flavor: Spiced Apple Cider! Move over, pumpkin, this fall is all about the apple.

Read More →



### Zedd in the Park Event Recap

Read More →



### Bill's Now-Famous Pancakes

Read More →



### Introducing: The Kat Pack

Our first-ever variety pack collaboration with a long-time Drifter, Kat Dennings.

Read More →



### Spindrift 16 Oz.

Introducing the launch of our new line of 16 oz cans of sparkling water flavors – designed to give you the "little bit extra" you're looking for.

Read More →



### BOT Virtual Event Round-up

We have always wanted to celebrate a flavor launch by throwing a party for our community. Well, this year, we finally made it happen!

Read More →



### Introducing Blood Orange Tangerine.

Our new flavor is anything but ordinary. We are thrilled to welcome our newest sparkling water flavor, Blood Orange Tangerine, to the lineup!

Read More →

Webpage: The Drift Blog Post Homepage
URL: https://drinkspindrift.com/blogs/the-drift
Date: 12/19/2022



### Spindrift Spiked. Finally.

We are super excited to share with you a new, delicious addition to our family.

Read More →

1 2 3 … 5 Next »

★★★★★

*"This lemon Spindrift isn't horrible."*

— Briana D.

   

Get really real with us **@drinkspindrift**

  

*Are you a Drifter?*
**Join us for insider perks, & more.**

Just add your email →

| | | |
|---|---|---|
| FAQs | Privacy Policy | Careers |
| Where To Buy | Terms & Conditions | Press |
| My Account | Return Policy | Contact Us |

©2022 Spindrift Beverage Co. All Rights Reserved.



Shop    About



Where to Buy    Cart 

# Our ingredients are simple, but making our product is anything but.



**At Spindrift, our focus is quality, real ingredients and creating a delicious product that tastes incredible.** To accomplish this, we let real fruit guide us. We believe in being transparent about what goes into our product – and, just as importantly – being transparent with our Drifter community. So we'd like to share a bit more about our Spindrift philosophy and update you on some changes we're making to our sparkling water lineup.

Real fruit is completely reliant on its environment: nature. When seasons change, temperatures fluctuate, or growing conditions are altered in any way - you can see (and taste) it in the fruit. Farmers and growers are experts in managing these changes, but sometimes factors slide in that are beyond anyone's control (climate change is a huge one), and the overall yield or quality of that crop can be diminished significantly. We've been so fortunate to work with incredible farms (and we have a very hard-working, fruit-sleuthing Operations team) to make all the Spindrift you know and love. But we want to be real with you: maintaining our impeccable quality, producing enough product to stock every shelf, and creating new innovative flavor combinations across all our sparkling water lineup is a challenge. Ultimately, to us, while we love each and every flavor we make - quality, taste, and innovation are the most important goals. And, when it comes to flavor variety, we choose quality over quantity every single time.

Simply put: we always want to produce incredible Spindrift. We're perfectionists. If anything we make is not incredibly delicious, we don't put it out in the world. And there are specific times of year when fruit is most flavorful and, well, fruitful. We want the best-tasting fruit and LOTS of it so we can make the best-tasting Spindrift and LOTS of it. Our product follows nature's lead.

What does this mean for you, dear Drifter? It means our flavor lineup may fluctuate. Our dream is to have every flavor we make available in every store across the country. We're working toward that dream every day. In the meantime, we are also creating the products you know and love every day - working to keep shelves stocked and inventory ready for you to scoop up and pop into your fridge. It also means that we might have to make difficult decisions as a business. With all that to consider, we recently made the difficult decision to say goodbye to **Cucumber, Strawberry, Cranberry Raspberry**, and **Blackberry**. They're headed to the flavor vault alongside Watermelon and our original Spindrift Soda line.

We understand that this is disappointing. (We hear you. We're bummed - we honestly love these flavors, too.) But remember it's not goodbye, it's see you later. Nothing is permanent and no fruit is ever off the table! **We don't know what the future holds - but we know it will be delicious.**

If you'd like to sound-off about your favorite flavors – we hope to one day be able to bring them back out of the vault just for you! Head over to our Flavor Vault survey to make a case for your favorite. And, as always, if you have any questions or thoughts, please feel free to reach out to us directly at: support@drinkspindrift.com.

In the meantime, we will keep pushing the envelope on new flavors and innovations like Blood Orange Tangerine, Spiced Apple Cider, and Spindrift Spiked. In fact, we have some innovation(s) that will be headed your way sooner than you think...

Webpage: Our Ingredients Our Simple, but Making our Product is Anything but Blog Post
URL: https://drinkspindrift.com/blogs/the-drift/our-ingredients-are-simple-but-making-our-produc t-is-anything-but
Date: 12/19/2022

## Related Articles





### Kristen Bell

Like you, we're big fans of Kristen Bell. So when we heard that she was a fan of Spindrift - well, we were totally psyched.

Read More →

### Giving Back: Growing Healthy Kids

At Spindrift, real ingredients come first. But the story *behind* the ingredients is just as important: knowing where they come from and how they're grown, sourced, and handled.

Read More →

**View All**

★★★★★

## *"This lemon Spindrift isn't horrible."*

— Briana D.






**Get really real with us @drinkspindrift**

  

### *Are you a Drifter?*
**Join us for insider perks, & more.**

Just add your email →

| | | |
|---|---|---|
| FAQs | Privacy Policy | Careers |
| Where To Buy | Terms & Conditions | Press |
| My Account | Return Policy | Contact Us |

©2022 Spindrift Beverage Co. All Rights Reserved.

Shop your favorite flavors - just in time for the holidays!

Shop    About    **spindrift**    Where to Buy    Cart 

# Introducing
# Blood Orange Tangerine.



We are thrilled to welcome our newest sparkling water flavor, Blood Orange Tangerine, to the lineup! With a multi-dimensional and almost berry-like depth that comes from real squeezed blood oranges that is perfectly highlighted by the bright, sweetness from real squeezed tangerines – the taste is anything but ordinary. Which is why we think it's the perfect homage to our community of Drifters, Spindrift fans who are unabashedly themselves and celebrate craft and quality. Blood Orange Tangerine is perfect for a group of people who always seek the unique.

*"Blood Orange Tangerine is a continued affirmation to ourselves and what we stand for: innovation, always using the best-tasting real ingredients, and celebrating our community of dedicated fans."*

-Bill, Founder and CEO.

Blood Orange Tangerine, or "BOT" as we've lovingly dubbed it, is perfect for our unique community because they, too, are anything but ordinary. As you may know, we launch new flavors to our community first. The amazing community of Drifters has made us who we are and we want those long-time fans to be the first to try our new flavors. They have made us the brand we are today and we want them to know they are our priority.



Webpage: Introducing Blood Orange Tangerine
URL: https://drinkspindrift.com/blogs/the-drift/introducing-blood-orange-tangerine
Date: 12/19/2022



"I believe the reason we've been so successful is because we put our community first. We had such a successful 2021 because of them, launching our best-selling Lemonade line and our first hard seltzer, Spindrift Spiked. Our community inspires us to innovate and push the boundaries of what a beverage brand can be. Flavor launches are our way to give back to them and say, 'thank you'," said Bill. "We're especially excited because no one has made a Blood Orange Tangerine sparkling water before! I know people will love the incredible flavor and beautiful color. It tastes really special."

## "Blood orange is definitely the most avant garde of oranges."

-Caitlin - Innovation

BOT offers us yet another chance to be creative in the sparkling water world. Our community is so creative, we wanted our 2022 flavor to reflect that, too. "Blood orange is definitely the most avant garde of oranges," said Caitlin, from our Innovation Team. "They taste almost like grapefruits to me. Deep and tart. And tangerines are so sweet. Together, they make each other better. I say this about every flavor – but BOT is definitely one of my favorite flavors we've ever made."

For a chance to try Blood Orange Tangerine first, you've got to be a Drifter. Go here, enter your info, and you could be randomly selected every day next week to win. Yup, that's it. We can't wait to see what you think!

## Related Articles



### Real Fruit: Strawberry

We've expanded our real fruit + sparkling water lineup to include a seventh fruit: Strawberry!

Read More →



### Real Food + Real People: Dusty Buns

Though San Francisco's "fresh, local, seasonal" Dusty Buns started as a food truck out of pure necessity, husband-and-wife owners Dustin and Kristin Stewart recently graduated to a full brick-and-mortar café

Read More →

View All

★★★★★
### "This lemon Spindrift isn't horrible."

— Briana D.








Get really real with us @drinkspindrift



*Are you a Drifter?*
**Join us for insider perks, & more.**

Just add your email

FAQs                    Privacy Policy          Careers

Where To Buy            Terms & Conditions      Press

My Account              Return Policy           Contact Us

©2022 Spindrift Beverage Co. All Rights Reserved.

Shop your favorite flavors - just in time for the holidays!

Shop    About                                    **spindrift**                    Where to Buy    Cart    0

## The Clean Slate Cafe



When January starts up, so does the Whole30. Together, thousands of people commit to "doing a Whole30," making a strict lifestyle shift in order to change their lives, reset, refocus, and rediscover their relationship with food. This was Spindrift's first January as an official Whole30-approved brand so it's been incredible to see so many new people discovering Spindrift this month. A small moment of delicious refreshment - even amid a month of restrictions.

We've long believed that simple, real ingredients are the way to go - and eating well does *not* mean compromising taste. Making good choices should also taste good. We were so excited to celebrate that in a new way this January.



Webpage: The Clean Slate Cafe log Post
URL: https://drinkspindrift.com/blogs/the-drift/the-clean-slate-cafe
Date: 12/19/2022



Last week, alongside our fellow Whole30-approved brand friends, Applegate, Primal Kitchen, Chomps, Kettle & Fire, and Vital Farms, we participated in the first-ever Whole30 restaurant, **The Clean Slate Cafe**.



The restrictive nature of Whole30 makes visiting normal restaurants pretty challenging. Each and every order could turn into a deep Q&A of what is in each and everything on the menu. (With good reason - you want to stick to the rules so you can enjoy the benefits of the hard work!)

That's why **The Clean Slate Cafe** was so brilliant. Finally a place where anyone doing a Whole30 (or anyone wanting to eat great food made without grains or sugars) could order anything on the menu and eat freely!



Webpage: The Clean Slate Cafe log Post
URL: https://drinkspindrift.com/blogs/the-drift/the-clean-slate-cafe
Date: 12/19/2022



The goal was to create a pop-up restaurant that combined the spirit of a fast casual dining experience with a Whole30 lifestyle. By working with a great group of brand-friends, led by Applegate, to design this experience, we couldn't wait for it to come to fruition. Our goal, like our product, was simple (and refreshing): provide all the diners with cold, delicious Spindrift to drink alongside their free meal.

In a word, it was a SUCCESS.



Applegate designed the event beautifully. The restaurant popped up in SoHo in NYC from January 22-25, with lots of open space, clean lines, and live greenery. You really got the feeling you were in the coolest new lunch spot in town. (And you really were!)

From Tuesday to Friday, people came by and sampled some amazing Whole30 fare. With dishes like cauliflower-rice bowls, bacon wraps, and chili - there was something for everyone. The best part, in our opinion, was that food was so flavorful and you knew you could trust each and every ingredient.

Webpage: The Clean Slate Cafe log Post
URL: https://drinkspindrift.com/blogs/the-drift/the-clean-slate-cafe
Date: 12/19/2022



The reception from the Whole30 community was resounding excitement. Attendees loved the experience. When we shared photos and videos from the event on our social media channels, our community wished that The Clean Slate Cafe would come pop up in their hometown.

For us, it was exciting to have folks come together around such a positive experience, enjoying completely Whole30 compliant meals, snacks, and, of course, lots of Spindrift.



We're so thrilled that our friends, Applegate, invited us to join in this experience. We met so many great people, tried so many delicious variations on healthy meals, and had an amazing time.

Let's do this again!



Webpage: The Clean Slate Cafe log Post
URL: https://drinkspindrift.com/blogs/the-drift/the-clean-slate-cafe
Date: 12/19/2022



## Related Articles



### Top it off: Spindrift Cocktails & Mocktails Volume II

Whether you're looking for a new cocktail for your summer gathering or want to create something non-alcoholic but fancy - there's a Spindrift for that.

Read More →



### Real Fruit: A Citrus Story at Perricone Farms

Read More →

**View All**

★ ★ ★ ★ ★

## "This lemon Spindrift isn't horrible."

— Briana D.

   

## Get really real with us @drinkspindrift

  

*Are you a Drifter?*
**Join us for insider perks, & more.**

Just add your email →

| | | |
|---|---|---|
| FAQs | Privacy Policy | Careers |
| Where To Buy | Terms & Conditions | Press |
| My Account | Return Policy | Contact Us |

Webpage: The Clean Slate Cafe log Post
URL: https://drinkspindrift.com/blogs/the-drift/the-clean-slate-cafe
Date: 12/19/2022

©2022 Spindrift Beverage Co. All Rights Reserved.

Shop   About

**spindrift**

Where to Buy   Cart 

# Real fruit, never from concentrate



## *To concentrate or not to concentrate - that is the question... that we, at Spindrift, don't have to ask.*

If you've ever wondered why we put "real squeezed fruit" on our cans, it's because, of course, we're proud of the fruit we use. But it's also our way of saying our juice is "never from concentrate."

### *What is a concentrate?*

To make a concentrate of something, you decrease its volume. You do this by removing the water from it—leaving behind something denser, stronger, or simply less diluted. The most common way to create concentrates is by evaporation.

A "fruit juice concentrate" is fruit juice that has had the water removed from it. Since fruit juice is mostly made of water, in order to concentrate it, you've got to remove a *lot* of water. You do that through the method of evaporation: boiling the water out of the juice until only the fruit compound remains.



You can think of it in cooking terms. When you're making, say, a sauce and you want it to be a bit thicker, you boil it a little longer. As the sauce boils, the water bubbles and becomes steam, and voila - eventually the consistency of the sauce in the pot gets thicker. Leave it boiling a little too long and, well, it gets much thicker. Which may make for a delicious sauce, but may also make for a more "cooked" taste.

Webpage: Real Fruit, Never From Concentrate Blog Post
URL: https://drinkspindrift.com/blogs/the-drift/real-fruit-never-from-concentrate
Date: 12/19/2022

## Why concentrate juice?

In short: it's efficient! Originally, the process of fruit juice concentrate was created in order to ship juice cross-country easily—without the need to refrigerate or pasteurize. Concentrates were created originally as a way to provide reliable source of vitamin-C to troops during World War II.

Today, many companies use fruit juice concentrate in their products because it extends the shelf life of the product. Since the water is removed, you can store concentrates in much smaller containers, which reduces shipping and long-term storage costs. You just have to add the water (and sometimes flavor) back to make it into juice again.



## Hot fruit

One thing we know about fruit is - temperature is its friend and its enemy. Warm sun, ripening the fruit on the vine? Yes. A tomato or banana sitting on the counter for a few days to ripen gently in room temperature - sure. But keep the fruit out in warm temperatures until it's overripe, and it starts to taste off. Since you make concentrates through evaporation, you heat fruit to a boil. That high temperatures breaks down the fruit and you can really taste the difference. (Sometimes that's great - apple pie, for instance, tastes pretty different from a fresh-picked apple. And, the more you heat it, the further from fresh-picked it tastes.)

But if you want the fruit you're using to taste as much like fresh-picked fruit as possible - you don't want to heat it. Heating alters the taste, aroma, and color of that fresh juice.



## What do you use at Spindrift?

At Spindrift, we use real juice, never from concentrate. We do this for several reasons. Firstly, a logistical reason. Since our final product is a sparkling water, removing water from the fruit to, then, add it back at the end would be counter-productive. Juicy, water-filled fruit is fine for our product because we want it to be that way!

Another important reason is: taste. We want Spindrift to taste exactly like the real fruit we use. During the evaporation process, the heat can damage the fruit's fresh aroma, taste, and color. You lose that fresh, delicious taste that just-picked fruit has. So we keep our fruit away from heat so we preserve its taste.

If you've ever used the juice of a plastic lemon instead of a fresh-squeezed lemon, you know exactly what we're talking about. The juice you squeeze yourself just tastes better. Especially when it comes from the freshest, ripest fruit. We work with family farms throughout the US to ensure we're using the most delicious fruit available. The quality of the fruit directly impacts the taste - and that matters to us.

Speaking of quality, when you make concentrates— the fruit-quality doesn't really matter. Since it's all getting condensed, the fruit that goes into the concentrate doesn't need to be as high-quality as something you'd juice and use outright. You can use just about any fruit when you're just going to boil it down anyway.

All in all, that's a lot of additional processing; the adding, subtracting, warming, cooling, mixing, handling. The fruit goes through so much before you finally get to enjoy it. But with Spindrift, we like to keep it simple and delicious.

Webpage: Real Fruit, Never From Concentrate Blog Post
URL: https://drinkspindrift.com/blogs/the-drift/real-fruit-never-from-concentrate
Date: 12/19/2022

## We keep processing to a minimum when we make Spindrift. When fruit is your only ingredient, you want to let it speak for itself.

By using real, squeezed juice, we preserve that flavorful, rich taste of real, squeezed fruit and have it shine through in all of our products.



## Related Articles



### Our ingredients are simple, but making our product is anything but.

We believe in being transparent about what goes into our product – and, just as importantly – being transparent with our Drifter community. So we'd like to share a bit more about our Spindrift philosophy and update you on some changes we're making to our sparkling water lineup.

Read More →



### Announcing our new 2023 Spindrift flavors!

It's a big day at Spindrift HQ, as we announce not one - but four - new flavors for the coming year! 2023 will be a year of most-requested flavors finally coming to fruition: Nojito and Peach Strawberry and an iced tea line expansion fit for long-time fans of Half & Half.

Read More →

View All

⭑⭑⭑⭑⭑

## "This lemon Spindrift isn't horrible."

— Briana D.

   

Webpage: Real Fruit, Never From Concentrate Blog Post
URL: https://drinkspindrift.com/blogs/the-drift/real-fruit-never-from-concentrate
Date: 12/19/2022



Get really real with us **@drinkspindrift**



*Are you a Drifter?*
**Join us for insider perks, & more.**

Just add your email →

FAQs

Where To Buy

My Account

Privacy Policy

Terms & Conditions

Return Policy

Careers

Press

Contact Us

©2022 Spindrift Beverage Co. All Rights Reserved.

Shop your favorite flavors - just in time for the holidays!

Shop    About                    **spindrift**                    Where to Buy    Cart  0

## 2018: The Year of Real Ingredients



### Real ingredients are everything.

The incredible, incomparable taste of fruits and vegetables picked then eaten fresh from the farms where they're grown. There's nothing better. It's delicious to eat and beautiful to work with. So we're diving into 2018 inspired by real, whole ingredients. The ones we use in our products and the ones we love to learn about, to eat, and to share.

### *Now, Spindrift is real simple; it's real fruit + sparkling water.*

But just because it's simple doesn't mean it's easy. Real things rarely are. Working with real fruit is a challenge to grow, to pick at peak freshness, to handle with care to keep its integrity and taste, to transport, to squeeze, and add to sparkling water. But we love it. We think the challenge of real fruit - never from concentrate - makes for a better product. If you want something to taste like a grapefruit - why wouldn't you use actual grapefruit? That's our philosophy anyway.



### *As more people look carefully at the labels on their food and beverages, we're proud to stand by ours.*

You won't find anything you don't recognize. We don't use natural flavors, essences, concentrates, artificial colorings, or any cleverly-worded euphemism for anything. Too often, companies try to keep their ingredients hidden from the consumer and try to amp up the taste to keep them coming back. We're not about that life. We're fruit + carbonated water. Real fruit tastes better.

We're excited to talk more about that; what we put into our products because it's simple and delicious. We're not chasing 0s on our labels - because real fruit has a few calories and a tiny bit of sugar. It's okay. Spindrift isn't clear when you pour it out, because real fruit has color. We're a little pulpy. So is real fruit. It's all good. Let's talk about it, celebrate it, and enjoy it. We'll take you to the family farms we use and show you what's inside the can.

So this year we're excited to lean into those real ingredients. The fruit we use and the delicious fresh ingredients we eat alongside the Spindrift we drink. We'll tell more stories of real. Even

Webpage: Real Ingredients are Everything
URL: https://drinkspindrift.com/blogs/the-drift/2018-the-year-of-real-ingredients
Date: 12/19/2022



Here's to more simple, real ingredients, more creativity & innovation, more delicious food and drink, and doing more of the right thing even if it's more challenging. And more fun real fruit + sparkling water, of course.



## 2018, we're ready to get real.

## Related Articles



### A vacation for your taste buds

Our biggest fans have been asking for Spindrift Pineapple for years. Well, we did it, fam! Spindrift Pineapple is real.

Read More →



### Small moment of joy

These days, everyone could use a small moment of joy.

Read More →

**View All**

★★★★★

## "This lemon Spindrift isn't horrible."

— Briana D.






Webpage: Real Ingredients are Everything
URL: https://drinkspindrift.com/blogs/the-drift/2018-the-year-of-real-ingredients
Date: 12/19/2022



Get really real with us @drinkspindrift

  

*Are you a Drifter?*
**Join us for insider perks, & more.**

Just add your email →

FAQs

Where To Buy

My Account

Privacy Policy

Terms & Conditions

Return Policy

Careers

Press

Contact Us

©2022 Spindrift Beverage Co. All Rights Reserved.

Webpage: Real Ingredients are Everything
URL: https://drinkspindrift.com/blogs/the-drift/2018-the-year-of-real-ingredients
Date: 12/19/2022

Shop your favorite flavors - just in time for the holidays!

Shop    About                              **spindrift**                              Where to Buy    Cart  0

## We're Doubling Down on Real Fruit



### Goodbye, natural flavors!

Back when our founder and CEO, Bill, started Spindrift, he was focused on real, simple ingredients, transparency, and taste. We're proud to say that those values continue to guide our work to this day.

In fact, we've decided to double down on our commitment to taste, transparency, and real, simple ingredients by removing all natural flavors (or essences) from our unsweetened sparkling waters. Now, each and every can of Spindrift is made of only sparkling water and real fruit. That's it.

People really want to know what goes into the food and drinks they buy. This trend has offered us an opportunity to lean in to our commitment to transparency and be even more open about our ingredients and the intent behind them. As Bill said, "Consumers are informed about the products they're purchasing and we want to be as honest and simple as possible with our ingredients."

## We want to be as honest and simple as possible with our ingredients.

Over the years, a handful of customers read our labels and asked about the natural flavors—and we were curious, too. What actually goes into these natural flavors? Nearly all companies use some type of natural flavors, in order to guarantee that every bag, box, or bottle tastes the same as the next. As we said on our FAQ page, our natural flavors came "from real fruit and berries such as carrot and blackcurrant." But we wanted to know more; so we asked around. "We looked deeper into natural flavors and weren't satisfied with the answers we were getting. We were already natural flavor-free in many of our products, but not all. So, we made the decision to reformulate everything without them and add more real fruit for an incredible, fresh taste." We didn't know what natural flavors were, but we did know that more fruit would be a great thing. So we got to work.

It certainly wasn't an easy move—but we're excited about the delicious product we're making today. "Working with real fruit presents challenges and is more expensive. Removing the safety net of natural flavors forces you to optimize the supply. We need to get the very best fruit because we can't just smooth things out with flavors from the lab. But the taste of fresh, real fruit is unparalleled. Our products are simply better than ever," said Bill.

## The taste of fresh, real fruit is unparalleled.

After lots of hard work, we can say that we absolutely love the fruit-only sparkling water we've created. Now our new labels will have only the two or three ingredients we use create the product. (And most of our ingredients will continue to be sourced from local farms across the U.S.)

You may still see some Spindrift cans that have natural flavors on the label; because production, distribution, and changes take time. But this is a change we're really proud of.

## Now we can say Spindrift = sparkling water +

Webpage: We're Doubling Down of Real Fruit
URL: https://drinkspindrift.com/blogs/the-drift/were-doubling-down-on-real-fruit
Date: 12/19/2022

*real fruit. And nothing else.*

Yup, that's it.



## Related Articles



### Giving Back: Growing Healthy Kids

At Spindrift, real ingredients come first. But the story *behind* the ingredients is just as important: knowing where they come from and how they're grown, sourced, and handled.

Read More →



### Spindrift Field Trip to Blue Hill at Stone Barns

Our love for real, fresh, and traceable ingredients goes beyond our favorite ways to eat, cook, and shop. It is our philosophy here at Spindrift.

Read More →

**View All**

★★★★★

*"This lemon Spindrift isn't horrible."*

— Briana D.








Get really real with us @drinkspindrift

 

*Are you a Drifter?*
**Join us for insider perks, & more.**

Just add your email →

FAQs                Privacy Policy        Careers

Where To Buy        Terms & Conditions    Press

My Account          Return Policy         Contact Us

©2022 Spindrift Beverage Co. All Rights Reserved.

 

Shop your favorite flavors - just in time for the holidays!

Shop   About     **spindrift**     Where to Buy   Cart  0

# Spindrift Spiked. Finally.



## Friends and Drifters,

We are super excited to share with you that we've cracked the code on a new, delicious addition to our family. Introducing... Spindrift Spiked - a radically clean, ultra-delicious, low alcohol sparkling water made only from real ingredients.

The beginning of this story really started 30 years ago. Flavored sparkling water was made with 2 ingredients: carbonated water and "natural flavors". While it sounds healthy, "natural flavors" have no singular meaning - it's a confusing catch all phrase referring to over 3000 chemical food additives unregulated by the FDA. We believed that there was a better way and spent the last decade perfecting an alternative: Spindrift sparkling water. Made with real fruit - easy to understand and uncompromised by unknown ingredients.



Recently, we've watched as alcohol wandered into the sparkling water space with "hard seltzers"... and most of us at Spindrift don't drink hard seltzer. My friends don't either, unless it's out of convenience on a boat or camping. Many are confused about what a hard seltzer even is and can't name a single ingredient. No wonder - the ingredients read more like a diet soda with alcohol: synthetic zero calorie sweeteners, weird preservatives, synthetic flavors. Whatever it is, one thing is certain: it isn't a "sparkling water" or even a "seltzer", the way the name suggests.

And you, our Drifter community (which is at the heart of everything we do) have regularly requested that we make a hard seltzer with simple ingredients you could feel good about drinking and sharing with family and friends. We've taken the process that we used to develop Spindrift Sparkling Water: all real ingredients, cold processing, no synthetics, delicious - and introduced a low level of alcohol made from fermented cane sugar at a social 4% ABV. It's 4 times distilled so it's ultra, ultra-pure and a perfect backdrop for our delicious real squeezed fruit. We are proud to release four incredible varieties: Pineapple, Mango, Lime and Half Tea & Half Lemon.

Our dream is to bring Spiked to all of you and we're eager for you to taste it. But to start, it will be available this Spring in New England (our backyard) and Southern California. We have some exciting things planned for Spiked this summer and will be working hard to expand availability in stores and online. You can to tell us where you want to see it next here.

Spindrift Spiked is one of our biggest innovations to date. I'm incredibly proud of our team and

Webpage: Spindrift Spiked. Finally Blog Post
URL: https://drinkspindrift.com/blogs/the-drift/spindrift-spiked-finally
Date: 12/19/2022

the 2 years we spent to figure this out with the same care and rigor we apply to our non-alcoholic
sparkling water. This is really groundbreaking stuff. I hope you enjoy it.

Cheers!
Bill

## Related Articles





### Real Partnerships: The Billion Oyster Project

We only have one earth and it's organizations like the Billion Oyster Project that give us hope for the future of our environment.

Read More →

### Real Partnerships: Sustainable Nantucket

Teach an island to farm, and it'll sustain its people.

Read More →

View All

★★★★★

## "This lemon Spindrift isn't horrible."

— Briana D.






## Get really real with us @drinkspindrift

  

### Are you a Drifter?
**Join us for insider perks, & more.**

Just add your email →

| FAQs | Privacy Policy | Careers |
| Where To Buy | Terms & Conditions | Press |
| My Account | Return Policy | Contact Us |

©2022 Spindrift Beverage Co. All Rights Reserved.

Webpage: Spindrift Spiked. Finally Blog Post
URL: https://drinkspindrift.com/blogs/the-drift/spindrift-spiked-finally
Date: 12/19/2022