# Exhibit "3"

*June Sparkling Water*

*Website Screenshots*

Class Action Complaint

LOOKING FOR SPINDRIFT SPIKED? FIND US HERE!

**spindrift**   DRINKS   WHAT'S INSIDE   STORY   LATEST   COCKTAILS   STORE LOCATOR   MY ACCOUNT   SHOP



# hello blood orange tangerine.
## anything but ordinary.

Learn More

## real fruit. really.

Why is most "fruit flavored" sparkling water clear? Have you ever seen a clear blackberry? Spindrift is made with real fruit. It's a difference you can taste – and see. Literally.

 No Sugar Added    Non-GMO Certified    Gluten Free





## a bold taste.

What if sparkling water tasted like real fruit – because it was made with real fruit? Spindrift has a unique, delicious taste that only real fruit can deliver. Light, bright, slightly sweet, and a little pulpy.

See what's inside

Website: Homepage
URL: https://drinkspindrift.com/
Date Captured: 6/24/2022

## the best ingredients.

Making a delicious product requires the best ingredients. We source the highest-quality, best-tasting fruit from family farms around the US.

Our Farmers + Our Fruit





## made by real people.

The first batch of Spindrift was created in our founder's kitchen with a hand-juicer. Today, the Spindrift recipes are exactly the same. We still taste every single batch. We just use a bigger juicer. We drink it, we share it, we love it. We hope you enjoy it, too.

Learn More

## want a taste? find a store near you.

Store Locator

## follow us at @drinkspindrift

    



Are you a Drifter? Join us for insider perks, & more.

| | |
|---|---|
| Email Address | Submit |



©2022 Spindrift. All Rights Reserved. Website Made by Colony

Contact Us
FAQs
In the Press
Where To Buy
Careers
Privacy Policy
Terms & Conditions
My Account
Return Policy

Instagram
Twitter
Facebook
Pinterest

Website: Homepage
URL: https://drinkspindrift.com/
Date Captured: 6/24/2022

LOOKING FOR SPINDRIFT SPIKED? FIND US HERE!

**spindrift**

DRINKS    WHAT'S INSIDE    STORY    LATEST    COCKTAILS    STORE LOCATOR                MY ACCOUNT            SHOP



# what's inside.

America's first sparkling water made with just real squeezed fruit. Yup, that's it.

## what if...

Flavored sparkling water tasted like real fruit, because it was made with real fruit? With a lifelong appreciation for fresh ingredients, the people who farm them, and the deliciousness that real fruits always bring, we wondered if there wasn't a simpler and tastier way to make flavored sparkling water.

## inside the can.

When most people think of flavored sparkling water, they probably envision a bottle of hyper-carbonated, clear liquid with a sugary-sweet smell and nothing listed on the ingredients label. No calories, no sugars, no… actual ingredients. Just the words "natural flavors."

What are "natural flavors"? No one really knows. But we do know that scientists have gotten pretty good at simulating the taste of just about everything. By using a combination of chemicals, you can replicate any flavor you like. And you can add it into carbonated water. But it still doesn't taste like real fruit.



How could it? It's a clear liquid. Even if it says "raspberry" flavor, if it's clear when you pour it – how could that have anything to do with real raspberries? When was the last time you saw a clear raspberry?

Website: What's Inside
URL: https://drinkspindrift.com/whats-inside/
Date Captured: 6/24/2022

## yup, that's it.

Since everyone started putting "natural" on their labels, we've lost sight of what that word even means. And the mysterious term: "flavors" made by flavor companies who won't reveal what they use to get the tastes they want. So we decided to skip all that.

We know what fruit is. We knew that, if we worked at it long enough, we'd figure out how we could skip using any "flavors" and just use real squeezed fruit. Today, we're proud to say that all our products are just a few real, simple ingredients. Thus, the "yup, that's it" you'll see on our cans.





## here's where we come in.

And, in a world of 0's (the no calories, no sweeteners, no this or that!) Spindrift is all about what we put into our sparkling water – not what we remove. Spindrift is the first sparkling water made with only real squeezed fruit. So, when you pour Spindrift, you'll see it is colorful because real fruit has color. And, on our labels, you'll see each Spindrift has a few calories because, hey, real fruit has a few calories. It's okay. It's real. By returning to what's real, we can confidently stand by every one of our ingredient labels and by the great taste of our product. We think real fruit tastes better. We hope you like it, too.



Are you a Drifter? Join us for insider perks, & more.

| Email Address | Submit |

Contact Us

FAQs

In the Press

Where To Buy

-

Instagram

Twitter

Facebook

Pinterest

Website: What's Inside
URL: https://drinkspindrift.com/whats-inside/
Date Captured: 6/24/2022

**spindrift**

Careers
Privacy Policy
Terms & Conditions
My Account
Return Policy

©2022 Spindrift. All Rights Reserved. Website Made by Colony



Website: What's Inside
URL: https://drinkspindrift.com/whats-inside/
Date Captured: 6/24/2022

**spindrift**   DRINKS   WHAT'S INSIDE   STORY   LATEST   COCKTAILS   STORE LOCATOR   MY ACCOUNT   SHOP

ABOUT SPINDRIFT   OUR FARMERS + OUR FRUIT   RESTAURANT INDUSTRY   THE TEAM



# about spindrift.

Spindrift is America's first sparkling water made with just real squeezed fruit. Yup, that's it.

## our story.

At Spindrift Beverage Co. we celebrate the amazing taste of real, simple ingredients every day. Because we think real food deserves a real drink to go with it.

It all started in 2010, in our founder Bill's kitchen. Bill wanted to create a beverage he could feel good about serving to his whole family. First, he made real fruit sodas and then, after lots of trial and error, the very first sparkling water in America made with real squeezed fruit.

Spindrift debuted in artisan Boston-area shops and eateries where it caught the eye of local foodies and craft beverage fans. Then, it grew from a cult-like following to wide, diverse fan base. Today it's available throughout the US in national retailers, grocery stores, and restaurants alike. The recipe, however, has remained the same: sparkling water + real squeezed fruit.



Headquartered just outside of Boston, the Spindrift team is obsessively involved with the entire process in the creation of our sparkling waters. From visiting the family farms where we source the best-tasting fruit, to being on-site for every single production run, to tasting each and every batch. We love the challenge that comes from working with real ingredients and making a product that stands out in a crowd.

We drink it, we share it, we love it.





## meet bill.



Bill Creelman grew up immersed in a world of fresh, real ingredients. On a farm in Western Massachusetts, everything was unprocessed, seasonal, and fresh. In the summer, his family would head to Nantucket Island, where they'd forage for beach plums and catch the fish they'd eat for dinner. To Bill, real, whole ingredients were just second nature.

Fast-forward to 2010, when farm-to-table started trending and ingredient-conscious eating turned mainstream, Bill was introducing his own family to real, whole foods. But, like most people, he found himself reaching for diet sodas in an attempt to "be healthier". The irony of pairing an artificially sweetened soda with carefully crafted, real farm-to-table meals was not lost on him.

But as he taught his young children the value of real homegrown ingredients, he couldn't find a drink that fit. So Bill decided to make his own. Cue lots of experimentation, trial-and-error, and a whole lot of juicing in Bill's kitchen; Spindrift Beverage Co. was born. The first sparkling water made with all traceable ingredients and fruit from family farms.

Today, Bill isn't doing quite as much juicing – but he still works on the creation of every Spindrift flavor, tasting each fruit concoction our Innovation Team mixes up.



"We are proud to celebrate the fruit, berry, and vegetable farms across America that supply us our ingredients."

Bill Creelman

## spindrift, the name.

Inspired by his formative years on the ocean off the shores of Nantucket Island, Bill named his drinks Spindrift, the refreshing spray that blows off of a breaking wave. For him, the ocean is the perfect symbol of real refreshment.

  

Are you a Drifter? Join us for insider perks, & more.

Email Address   Submit

Contact Us
FAQs
In the Press
Where To Buy
Careers
Privacy Policy
Terms & Conditions
My Account
Return Policy

Instagram
Twitter
Facebook
Pinterest

**spindrift**

©2022 Spindrift. All Rights Reserved. Website Made by Colony

Website: Our Story
URL: https://drinkspindrift.com/our-story/about-spindrift/
Date Captured: 6.24.2022

LOOKING FOR SPINDRIFT SPIKED? FIND US HERE!

**spindrift**

DRINKS    WHAT'S INSIDE    STORY    LATEST    COCKTAILS    STORE LOCATOR

MY ACCOUNT 

SHOP

ABOUT SPINDRIFT    OUR FARMERS + OUR FRUIT    RESTAURANT INDUSTRY    THE TEAM



# our farmers + our fruit.

Real fruit is at the heart of the Spindrift difference.

## our farmers.

Behind that real fruit is a whole barn-load of real farmers. It took us a while to find them, but from our citrus to our cucumber and from every corner of the country, we work with the right people in the right places.



## spindrift supplier map.

Where our fruit comes from







## our fruit.

Our berries are harvested at the peak of ripeness from farms in the rain-soaked Pacific Northwest. Our lemons, limes, grapefruits, and oranges are grown by a third generation citrus farming family in California and Arizona. Our cucumbers are from Michigan, our strawberries from California, and our Alfonso mangoes are from India. (They grow the very best mangos.)



Website: Our Farmers and Fruit
URL: https://drinkspindrift.com/our-story/our-farmers/
Date Captured: 6.24.2022

# FAQs

1. What is Spindrift?

2. Where can I buy Spindrift beverages?

3. Hey, what happened to your sodas and sweetened beverages?

4. Are your products sold internationally?

5. Do your products contain caffeine?

6. Do I need to refrigerate Spindrift products?

7. Are your products sugar-free?

8. Do your products contain GMOs?

9. Are your products Kosher or Gluten Free?

10. What are natural flavors? And why don't you use them in Spindrift?

    We want to be as honest and simple as possible with our ingredients and the taste of fresh, real fruit is unparalleled. In the beginning, like many companies, we used natural flavors in some products in order to guarantee taste from one batch to the next. Our natural flavors came from real fruit and berries such as carrot and blackcurrant. But we wanted to be even simpler and more transparent with our products, so we decided to reformulate all our products to remove natural flavors and use even more fruit. Today every Spindrift is made of only real fruit + sparkling water (that's it!). You can learn more about our shift away from natural flavors here.

11. Why are your carbonation levels lower than most sparkling waters on the market?

12. Are your products pasteurized?

13. What does the date on the package correspond to?

14. Is your fruit organic?

# Store FAQs

1. What forms of payment do you accept?

2. When will my credit card be charged?

3. How do you ship and what is the cost?

4. How long will it take my order to ship?

5. Do you ship internationally?

6. Can you ship to a PO box or an APO/FPO address?

7. Will I receive tracking information for my order?

8. What is your return policy?

9. How do I cancel or edit my one-time order?

10. What do I do if I have issues with my order?

Are you a Drifter? Join us for insider perks, & more.

Email Address    Submit

spindrift

©2022 Spindrift. All Rights Reserved. Website Made by Colony

Contact Us
FAQs
In the Press
Where To Buy
Careers
Privacy Policy
Terms & Conditions
My Account
Return Policy

Instagram
Twitter
Facebook
Pinterest

Website: FAQs
URL: https://drinkspindrift.com/faqs/
Date Captured: 6.24.2022

LOOKING FOR SPINDRIFT SPIKED? FIND US HERE!

**spindrift**  DRINKS   WHAT'S INSIDE   STORY   LATEST   COCKTAILS   STORE LOCATOR        MY ACCOUNT      SHOP

SPINDRIFT
# In the Press
✻
For more information, please email
media@drinkspindrift.com



### Inc. 500
Inc. magazine ranked Spindrift No. 385 on its 36th annual Inc. 5000 list.

### TODAY
"…you won't find any artificial ingredients or added sugars in these pretty cans."

### BuzzFeed
"Start making your list - here are the top snacks and drinks to try this summer."

### The Boston Globe
"If you've sworn off sweet sodas yet still enjoy a bubbly beverage with a hint of fruit, Spindrift's Sparkling Water & Real Squeezed Fruit is the perfect choice"

### Prevention
Prevention's Cleanest Packaged Food Awards 2017

### weightwatchers
"Spindrift adds squeezed fruit to its sparkling water. This hint of juice is magic—making it taste as if you're indulging in a soda…"

### Runner's World
"Fresh produce and yes, even some cane sugar drinks, will quench your thirst after hot, summer miles."

### POPSUGAR.
"The only drink you'll want to sip on repeat all Summer long."

### bon appétit FOOD + CULTURE
"In a world of cloyingly sweet fruit sodas, a bit of fresh lemon juice in this version makes it super palatable."

### People
"The great thing about this fizzy H2O? It's flavored with just a touch of real juice like grapefruit, cucumber, lemon, blackberry, watermelon or raspberry lime."

### sweet
"Now, Spindrift is the only flavored seltzer made with actual fruit. Not fruit flavoring like the other brands, but real, whole fruit that's freshly squeezed before canning."

### SHAPE
"Ditch tonic and soda water for a bubbly beverage made with real fruit—like Spindrift Seltzer, a game-changing seltzer made with fresh ingredients and just 15 calories a can."

### THE ZOE REPORT
"These sparkling waters are made with real fresh fruit and come in Cucumber, Grapefruit, Raspberry with Limes, and Lemon flavors."

### FAST COMPANY
"How Spindrift Makes Natural Sodas Without High Fructose Corn Syrup (It's Harder Than You Think)"

### FOOD & WINE
"Spindrift uses fresh fruit juice, with the pulp to prove it."

---

Are you a Drifter? Join us for insider perks, & more.

Email Address    Submit

**spindrift**

©2022 Spindrift. All Rights Reserved. Website Made by Colony

- Contact Us
- FAQs
- In the Press
- Where To Buy
- Careers
- Privacy Policy
- Terms & Conditions
- My Account
- Return Policy

- Instagram
- Twitter
- Facebook
- Pinterest

Website: In the Press
URL: https://drinkspindrift.com/in-the-press/
Date Captured: 6.24.2022