# Exhibit "4"

*Spiked Water Website Screenshots*

Class Action Complaint

Help get Spindrift Spiked to a city near you. Sign up for details.

 Flavors   Merch   Story   Store Locator 

INTRODUCING

# the real taste of fall. spiked.

Our first seasonal flavor has arrived. Warm and inviting, yet refreshing and endlessly drinkable, Spiced Apple Cider is your new favorite way to enjoy fall. With real crushed apples, a hint of cinnamon spice, just the right amount of bubbles, and 4% ABV from fermented cane sugar. Drinking cider never tasted so light, bright, and slightly pulpy.

FIND IT NEAR YOU



## the real spiked sparkling with nothing to hide.



    







REAL SQUEEZED FRUIT     NOTHING ARTIFICIAL     ONLY 82-95 CALORIES     ALCOHOL FROM CANE-SUGAR     ULTRA-FILTERED

## meet the spiked family.
## low-cal and undeniably delicious.










CARBONATED WATER, ALCOHOL FROM FERMENTED CANE SUGAR, LEMON JUICE, CITRIC ACID.

NO SUGAR ADDED



find spindrift spiked near you!

SEARCH

what you see is what you get.
yes, for real.





## let's cheers
## @spindriftspiked

   

INSTAGRAM • TWITTER

## coming soon to a fridge near you.
### signup for more details on availability.

sign up



| | | |
|---|---|---|
| SPIKED | INSTAGRAM | PRIVACY POLICY |
| THE STORY | TWITTER | FULFILLMENT - SPEAKEASY |
| WHERE TO BUY | SIGN UP | PRIVACY - SPEAKEASY |
| CONTACT US | | T&C - SPEAKEASY |
| FAQS | | |

© SPINDRIFT SPIKED                                         PLEASE ENJOY RESPONSIBLY

**Webpage: Spiked Homepage**
**URL: https://www.spindriftspiked.com/**
**Date: 12/19/2022**



Help get Spindrift Spiked to a city near you. Sign up for details.

Flavors   Merch   Story   Store Locator  

## taste your favorite flavor.
## they're undeniably *delicious.*



CARBONATED WATER, ALCOHOL FROM FERMENTED CANE SUGAR, PINEAPPLE JUICE, CITRIC ACID.

**LEARN MORE**



CARBONATED WATER, ALCOHOL FROM FERMENTED CANE SUGAR, LIME JUICE.

**LEARN MORE**



CARBONATED WATER, ALCOHOL FROM FERMENTED CANE SUGAR, ALPHONSO MANGO PUREE, ORANGE JUICE, CITRIC ACID.

**LEARN MORE**



CARBONATED WATER, ALCOHOL FROM FERMENTED CANE SUGAR, LEMON JUICE, BREWED BLACK TEA.

**LEARN MORE**



CARBONATED WATER, ALCOHOL FROM FERMENTED CANE SUGAR, LEMON JUICE, CITRIC ACID.

NO SUGAR ADDED

**LEARN MORE**



CARBONATED WATER, ALCOHOL FROM FERMENTED CANE SUGAR, BLOOD ORANGE JUICE, TANGERINE JUICE, CITRIC ACID.

NO SUGAR ADDED

**LEARN MORE**



CARBONATED WATER, ALCOHOL FROM FERMENTED CANE SUGAR, PASSION FRUIT JUICE, GUAVA PUREE, ORANGE JUICE, CITRIC ACID.

NO SUGAR ADDED

**LEARN MORE**



CARBONATED WATER, ALCOHOL FROM FERMENTED CANE SUGAR, GRAPEFRUIT JUICE, ORANGE JUICE, HIBISCUS (FOR COLOR), CITRIC ACID.

NO SUGAR ADDED

**LEARN MORE**





**CARBONATED WATER, ALCOHOL FROM FERMENTED CANE SUGAR, APPLE PUREE, CITRIC ACID, CINNAMON.**

**NO SUGAR ADDED**

LEARN MORE





# the real spiked sparkling water with nothing to hide.

     

**REAL SQUEEZED FRUIT**   **NOTHING ARTIFICIAL**   **ONLY 82-95 CALORIES**   **ALCOHOL FROM CANE-SUGAR**   **ULTRA-FILTERED**



## find spindrift spiked near you!

SEARCH

# let's cheers @spindriftspiked

    

INSTAGRAM • TWITTER

## coming soon to a fridge near you.

signup for more details on availability





Webpage: Spiked
URL: https://www.spindriftspiked.com/pages/spiked
Date: 12/19/2022

Help get Spindrift Spiked to a city near you. Sign up for details.



Flavors   Merch   Story   Store Locator







# The real spindrift spiked story.

We like our drinks like we like our fruit. Real. Which is why we took everything we learned about making sparkling water and set out to create an equally delicious Spiked version.

Let's rewind. Our story starts in 2010, in our founder Bill's kitchen. As an homage to his love of real food and an attempt to kick his soda habit, Bill started creating his own drinks – adding fruit to sparkling water. Voila! Spindrift – America's first sparkling water made with real squeezed fruit and its company namesake – was born. Now fast-forward through more than a decade of trial and error and 14 real fruit varieties, we were ready to take on a new challenge.







sparkling water we deemed delicious enough to share. The recipe is simple (even if the road to get there was not). With sparkling water, real squeezed fruit, and 4% alcohol from ultra-filtered fermented cane sugar, Spiked is the Spindrift you already love, plus a bit of ABV.

If there's one thing you should know, it's that our team is obsessively involved with the entire process in the creation of Spiked. From visiting the family farms where we source the best-tasting fruit, to being on-site for every single production run, to tasting each and every batch. We treat Spiked the same way we treat Spindrift - with lots of care and attention. We're love it and can't wait for you to try it.

Spiked is different from other hard seltzers. Instead of artificial flavors, sweeteners, additives, essences, or concentrates, we make Spiked with real ingredients and we put it all on the label. Simple and delicious, you can feel great about enjoying Spiked poured over ice or chilled and right from the can. Just remember to tip it before you sip it – to mix up the real fruit!

Since its debut in spring 2021, Spiked is now available in over 20 states in the U.S., with others on their way! We're working hard to bring Spiked to more shelves in more cities as fast as we can. If Spiked is available in your state but you haven't found it yet – ask at your favorite shop to order us and tell your friends! We can't wait to cheers with you soon.

Stay up-to-date on all things Spiked by following us @spindriftspiked and tell us where you want to see Spiked by contacting us and saying hey at hello@spindrift.com.

SAY HELLO



## let's cheers
## @spindriftspiked



INSTAGRAM • TWITTER

## coming soon to a fridge near you.
### signup for more details on availability.

sign up

Webpage: The Story
URL: https://www.spindriftspiked.com/pages/the-story
Date: 12/19/2022



SPIKED
THE STORY
WHERE TO BUY
CONTACT US
FAQS

INSTAGRAM
TWITTER
SIGN UP

PRIVACY POLICY
FULFILLMENT - SPEAKEASY
PRIVACY - SPEAKEASY
T&C - SPEAKEASY

© SPINDRIFT SPIKED

PLEASE ENJOY RESPONSIBLY

Help get Spindrift Spiked to a city near you. Sign up for details.



Flavors   Merch   Story   Store Locator

# FAQs

**WHERE CAN I BUY SPINDRIFT SPIKED?**

We're piloting our Spiked Sparkling Waters in two markets - New England and Southern California and hope to expand to more locations in the near future. For updates on regional availability and other exciting announcements, sign up for Spindrift Spiked emails and tell us where you'd like to see it at www.spindriftspiked.com/pages/sign-up

**WHAT ARE THE INGREDIENTS AND NUTRITION INFORMATION IN SPINDRIFT SPIKED?**

Spindrift Spiked is made with sparkling water, alcohol from fermented cane sugar and real squeezed fruit. Yup, that's it.

**WHAT FLAVORS ARE AVAILABLE IN SPINDRIFT SPIKED?**

Spindrift Spiked will first be available in the following flavors:
Pineapple
Half & Half
Mango
Lime

**WHAT TYPE OF ALCOHOL IS IN SPINDRIFT SPIKED?**

Made with a superior, clean tasting alcoholic base, Spindrift Spiked uses a 10-day fermentation process to maximize ABV without additives as well as an ultra-filtration process which purifies at the molecular level.

**WHAT IS THE ABV?**

All Spindrift Spiked flavors are 4% ABV.

**WHAT IS THE CALORIE COUNT FOR EACH FLAVOR?**

The calorie counts for Spindrift Spiked ranges from 82-95 calories depending on the flavor.

**DOES SPINDRIFT SPIKED CONTAIN CAFFEINE?**

Right now, our Half & Half is the only Spindrift Spiked flavor with caffeine. The caffeine comes from the real brewed Argentinian black tea that we paired with real squeezed lemon juice in each can. An entire 12oz can of Half & Half has 20-25 milligrams of caffeine, which is less caffeine than 2oz of coffee.

**IS THIS PRODUCT STILL GLUTEN FREE, NON-GMO AND KOSHER?**

All Spindrift Spiked beverages are certified soy, non GMO, gluten free and kosher.

**WHAT IS THE SHELF LIFE OF SPINDRIFT SPIKED?**

The Spindrift Spiked shelf life is nine months from the date of production. For optimal deliciousness, we do recommend refrigerating cans.

**DOES SPINDRIFT SPIKED CONTAIN NATURAL FLAVORS?**

Spindrift Spiked does not contain any artificial or natural flavors. All of the light, bright and slightly pulpy flavor comes from real squeezed fruit – never from concentrate!

**ARE SPINDRIFT SPIKED CANS BPA FREE?**

All our cans are using a BPA-NI can liner, or BPA-not intended. This is the industry standard lining that's been reformulated without the use of BPA, or bisphenol A and BPS.

**I'D LIKE TO SELL SPINDRIFT SPIKED- WHO DO I CONTACT FOR MORE INFORMATION REGARDING WHOLESALE?**

Please email support@spindriftspiked.com and we will connect you with a member of the sales team.

**WHAT'S THE BEST WAY TO LEARN MORE ABOUT SPINDRIFT SPIKED?**

The best way to learn about Spindrift Spiked is by following our social channels and subscribing to our email list. For social, follow us @spindriftspiked and sign up for email notifications on our website www.spindriftspiked.com/signup.

**WHY DID YOU DECIDE TO EXPAND INTO ALCOHOL?**

At Spindrift, we always do our best to listen to what our community of Drifters have to say. This is where the inspiration for Spindrift Spiked originated. We heard from Drifters that "Hard seltzer isn't for me unless Spindrift had an option."

Spindrift is first and foremost a sparkling water and we will continue to launch new, mind-blowing varieties like our new Sparkling Lemonade. Spindrift Spiked is our cleaner twist on hard seltzer - for those who choose to enjoy an alcoholic beverage that has nothing to hide, and all the flavor from real squeezed fruit.

## Store FAQs

**WHAT FORMS OF PAYMENT DO YOU ACCEPT?** −

We accept all major credit cards

**HOW DO YOU SHIP AND WHAT IS THE COST?** +

**WHY WAS I CHARGED SALES TAX?** +

**HOW LONG WILL IT TAKE MY ORDER TO SHIP?** +

**WILL I RECEIVE TRACKING INFORMATION FOR MY ORDER?** +

**CAN I EXCHANGE OR RETURN MY SPINDRIFT SPIKED?** +

**DO I HAVE TO SIGN FOR MY PACKAGE?** +

**HOW CAN I ADD A GIFT MESSAGE TO MY ORDER?** +

**THERE WAS AN CHARGE ON MY CREDIT CARD FROM SPEAKEASY – WHAT'S THAT?** +

**HOW DO I CANCEL OR EDIT MY ONE-TIME ORDER?** +

**WHAT DO I DO IF I HAVE ISSUES WITH MY ORDER?** +

**MY SPINDRIFT SPIKED ARRIVED DAMAGED/WAS DAMAGED IN TRANSIT.** +

**WHAT HAPPENED IF MY ORDER WAS RETURNED?** +

**WHAT STATES DO YOU SHIP TO AND DO YOU SHIP INTERNATIONALLY?** +

**CAN YOU SHIP TO A PO BOX OR AN APO/FPO ADDRESS?** +

## let's cheers
## @spindriftspiked









INSTAGRAM • TWITTER

## coming soon to a fridge near you.
### signup for more details on availability.

sign up

| | | | |
|---|---|---|---|
| **spindrift SPIKED** | SPIKED | INSTAGRAM | PRIVACY POLICY |
| | THE STORY | TWITTER | FULFILLMENT - SPEAKEASY |
| | WHERE TO BUY | SIGN UP | PRIVACY - SPEAKEASY |
| | CONTACT US | | T&C - SPEAKEASY |
| | FAQS | | |

© SPINDRIFT SPIKED                                                                 PLEASE ENJOY RESPONSIBLY

Webpage: FAQs
URL: https://www.spindriftspiked.com/pages/faqs
Date: 12/19/2022