1  **CLARKSON LAW FIRM, P.C.**
   Ryan J. Clarkson (SBN 257074)
2  *rclarkson@clarksonlawfirm.com*
   Katherine A. Bruce (SBN 288694)
3  *kbruce@clarksonlawfirm.com*
   Kelsey J. Elling (SBN 337915)
4  *kelling@clarksonlawfirm.com*
   Olivia Treister (SBN 341191)
5  *otreister@clarksonlawfirm.com*
   22525 Pacific Coast Highway
6  Malibu, CA 90265
   Tel: (213) 788-4050
7  Fax: (213) 788-4070

8  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADELINE PANTONI, individually and on behalf of all others similarly situated, | Case No.: 3:23-cv-00014-SK<br>Case Filed: January 3, 2022 |
| Plaintiff, | *Assigned to Hon. Sallie Kim* |
| v. | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |
| SPINDRIFT BEVERAGE COMPANY, INC. | |
| Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1  Plaintiff Madeline Pantoni, by and through counsel, hereby voluntarily dismisses any and all claims asserted in the above-entitled action *without prejudice* pursuant to Fed. R. Civ. P. 41(a)(1). Defendant has not yet filed an answer or summary judgment in this action, therefore this action may be dismissed in its entirety without prejudice without an order from this Court.

Dated: March 6, 2023

Respectfully submitted,

**CLARKSON LAW FIRM, P.C.**
By:

 */s/ Katherine A. Bruce*
RYAN J. CLARKSON
KATHERINE A. BRUCE
KELSEY J. ELLING
OLIVIA TREISTER

*Attorneys for Plaintiff*